AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

KEPHART CONSULTING, LLC

*Plaintiff(s)*

v.   Civil Action No. 9:24-cv-81436

DIGIFORT SYSTEM, LLC

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DIGIFORT SYSTEM, LLC
c/o Registered Agent
Enterprises Inc, Elo
4700 NW Boca Raton Blvd.
Suite 202
Boca Raton, Florida 33431

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Victoria E. Brieant
Law Office of Victoria E. Brieant, P.A.
4000 Ponce de Leon Boulevard, Suite 470
Coral Gables, Florida 33146

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Nov 18, 2024

Angela E. Noble
Clerk of Court

s/ S.Carlson
Deputy Clerk
U.S. District Courts